# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
|    LARRY EDWIN STEELE JR ) | Case Number 19-41571 |
|    DEA RAQUEL STEELE ) | Chapter 13 |
|       Debtor. ) | |

## DEBTOR'S MOTION OF VOLUNTARY DISMISSAL

**COMES NOW** the Debtor, Larry Edwin Steele Jr, by and through his attorney, Adam Mack, and moves the Court for an Order of Voluntary Dismissal without prejudice of Debtor Larry Edwin Steele Jr only. This Motion has no applicability to Joint Debtor, Dea Raquel Steele.

In support of said Motion, Debtor would show the Court as follows:

1. There is no pending motion to convert this case to any other chapter under the bankruptcy code.

2. There is no pending motion for relief from stay.

3. Debtor wishes to voluntarily dismiss himself from the chapter 13 case.

**WHEREFORE** Debtor requests that the Court enter an order dismissing himself from the case without prejudice pursuant to 11 USC § 1307(b).

                                                    Respectfully submitted,

                                                  /s/ Adam M. Mack
                                                  ADAM M. MACK
                                                  Attorney for Debtor