**SO ORDERED.**

**SIGNED this 24th day of November, 2020.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:  Larry Edwin Steele Jr.                                          Case No.  19-41571
        Dea Raquel Steele

ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

This matter comes before the Court, and upon Motion to Withdraw as Attorney filed by Counsel Chris W. Steffens.

1. Debtor(s) Counsel spoke with Debtor 1 Larry Edwin Steele Jr. on September 9, 2020 advising the motion to withdraw as attorney would be filed.
2. Debtor(s) Counsel spoke with Debtor 2 Dea Raquel Steele on September 3, 2020 advising the motion to withdraw as attorney would be filed.
3. Debtor(s) Counsel filed the Motion to Withdraw as Attorney on September 9,2020.
4. Debtor(s) Counsel served both Debtor(s) a true and correct copy of the Motion to Withdraw as Attorney via U.S. Certified Mail Restricted Delivery, return receipt on September 9, 2020 complying with the provisions of Local Bankruptcy Rule 83.5.5(a)(1)(B).
5. Debtor(s) Counsel received no response from either Debtor 1 or Debtor 2.
6. Debtor(s) Counsel again served both Debtors a true and correct copy of the Motion to Withdraw as Attorney via U.S. Certified Mail Restricted Delivery, return receipt on November 13, 2020 complying with the provisions of Local Bankruptcy Rule 83.5.5(a)(1)(B).

7. Debtor(s) Counsel received a signature return receipt from Debtor 1 showing a signature signed on November 16, 2020.
8. Debtor(s) Counsel has received no response from Debtor 2.
9. Debtor(s) Counsel has made good faith attempts to provide Debtor(s) ample time to seek alternative representation.
10. Debtor 1 has already found alternative representation - see Docket # 49 Notice of Appearance. Filed by Adam M Mack on behalf of Larry Edwin Steele Jr. . (Mack, Adam)

The Court sustains Counsel's Motion and permits Counsel to withdraw as attorney for the Debtor(s).

###

Respectfully submitted,

/s/ Chris W. Steffens
Chris W. Steffens, #22149
1611 St Andrews Dr, Ste 33
Lawrence, KS  66047
Phone: 785.727.7700
Fax: 888.945.8220
csteffens@lawrencebankruptcy.com
Attorney for Debtor(s)